NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted June 13, 2013
Decided June 17, 2013

## Before

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 12-2127 | Appeal from the United States District Court for the Southern District of Illinois. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | |
| *v.* | No. 3:11-CR-30188-001-DRH |
| DUANE L. MOORE, *Defendant-Appellant*. | David R. Herndon, *Chief Judge*. |

## Order

In light of counsel's memorandum indicating that Moore remains content with his plea of guilty after discussing the issue identified in our order of March 19, we accept the *Anders* filing, allow counsel to withdraw, and dismiss the appeal as frivolous.